



# MEMORANDUM OPINION

No. 04-10-00076-CV

**TOWN & COUNTRY MANOR, L.P.** and James Hughes,
Appellants

v.

Cynthia **BUTTLES**, Individually and as Representative of the Estate of Anna J. Hodge,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-10842
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  September 1, 2010

DISMISSED

The appellants have filed an unopposed motion to dismiss this appeal, stating that all parties reached a confidential settlement of the underlying cause and all controversy and issues have been resolved.  They request that this appeal be dismissed.  The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM